## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-00666-RNR-MEH

MARTHA SWAIN, individually,
SUE SWAIN, individually, and SUE SWAIN
and MARTHA SWAIN, next friends of O.A.
and K.K., minor children,

Plaintiffs,

     v.

ROUTT COUNTY DEPARTMENT
OF HUMAN SERVICES,
KRISTIN HINTZ, in her individual capacity,
CAMILLA HAIGHT, in her individual capacity,
PAUNITA MUSET, in her individual capacity,
SGT. GREG GRIFFIN, in his individual capacity,
and STEAMBOAT SPRINGS POLICE
DEPARTMENT,
Defendants.

## JOINT STIPULATED MOTION FOR PROTECTIVE ORDER

Plaintiffs and Defendants, by and through their respective counsel, pursuant to Fed. R. Civ. P. 26(c), hereby submit this Joint Motion for Protective Order, as follows:

1. Certain documents in this matter contain sensitive, proprietary, and/or private information, which may create privacy or other concerns if widely disseminated.

2. The parties have mutually agreed that the production of these documents should be subject to a protective order and protected from public dissemination.

3. The parties respectfully request the accompanying Protective Order be entered by this Court to govern the handling of confidential information produced in this litigation.

WHEREFORE, for all the foregoing reasons, Plaintiffs and Defendants respectfully request this Court enter the attached Protective Order as an attached Order of this Court.

DATED this 29th day of May, 2024.

*s/Elliot Singer*
Elliot Singer
Conduit Law, LLC
2590 Welton St.
Suite 200
Denver, CO 80205
Telephone: (303) 432-7032
Fax: (303) 554-8042
elliot@conduit.law

*s/Eric M. Ziporin*
Eric M. Ziporin
Brooke Boutwell
SGR, LLC
3900 E. Mexico Ave.
Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Fax: (303) 320-0210
eziporin@sgrllc.com

*s/Nick Poppe*
J. Andrew Nathan
Nicholas C. Poppe
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106

## CERTIFICATE OF SERVICE

   I hereby certify that on the 29th day of May, 2024 I electronically filed the foregoing **JOINT STIPULATED MOTION FOR PROTECTIVE ORDER** using the CM/ECF system which will send notification of such filing to the following:

Elliot Singer
CONDUIT LAW, LLC
2590 Welton St.
Suite 200
Denver, CO 80205
Telephone: (303) 432-7032
Fax: (303) 554-8042
elliot@conduit.law

Eric M. Ziporin
Brooke Boutwell
SGR, LLC
3900 E. Mexico Ave.
Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Fax: (303) 320-0210
eziporin@sgrllc.com

                *s/Nick Poppe*_____
                Nicholas C. Poppe
                Attorneys for Defendants
                NATHAN DUMM & MAYER P.C.
                7900 E. Union Avenue, Suite 600
                Denver, CO 80237-2776
                Telephone: (303) 691-3737
                Facsimile: (303) 757-5106
                NPoppe@ndm-law.com